IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RENETTA CHARLES**                                                                                      **PLAINTIFF**

**v.**                          **Case No. 5:13-cv-00190-KGB-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner of the Social Security Administration is reversed. This case is remanded for the award of supplemental security income beginning December 2011.

SO ADJUDGED this the 26th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE